E-SERVED
02/26/04
10:39 AM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

***Vernon Huff,***
***on behalf of himself and all others***
***similarly situated,***

***Plaintiff,*** **MDL No. 02-0196**

***v.***

***Bayer Corporation,***

***Defendant.***

---

**PLAINTIFF AND DEFENDANT'S MOTION**
**FOR DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that plaintiff Vernon Huff and defendant Bayer Corporation move this Court to dismiss this putative class action without prejudice, and without any requirement that the parties provide notice to absent putative class members. This motion is supported by the attached Memorandum, and all the files, papers, and proceedings herein.