E-SERVED 02/26/04 10:39 AM ET Baycol MDL 1431

**MEMORANDUM IN SUPPORT OF PLAINTIFF AND DEFENDANT'S MOTION FOR DISMISSAL WITHOUT PREJUDICE**

The parties have agreed to dismiss this case voluntarily without prejudice. Pursuant to Rule 23(e), the dismissal is subject to court approval because this case is a putative nationwide class action. *See Crawford v. F. Hoffman-La Roche Ltd.*, 267 F.3d 760, 764 (8th Cir. 2001) (Rule 23(e) applies to putative class action). In deciding whether to allow dismissal or issue notice, the Court must consider, among other things, the possibility that putative class members may be prejudiced. *See id.* "[N]otice is not necessarily required if a class has not been certified." *Id.*

This Court should approve the dismissal without prejudice and should not require that notice be provided to absent class members. Mr. Huff has been acting on his own behalf. He has reached an individual agreement for dismissal of his claims. He has never moved for class certification in the present case. Accordingly, there is no reason that potential class members would have been relying on him to protect their interests. In fact, the issues relevant to absent class members were already addressed by this Court when it denied nationwide class certification in the Baycol master class action. *See In re Baycol Prods. Litig.*, 218 F.R.D. 197 (D. Minn. 2003).

For these reasons, the parties respectfully request that the Court approve dismissal of this case without prejudice and without any notice requirement. *See Crawford*, 267 F.3d at 764; *see also In re Nazi Era Cases Against German Defendants Litig.*, 198 F.R.D. 429, 441 (D.N.J. 2000)

E-SERVED
02/26/04
10:39 AM ET
Baycol MDL 1431

(burdensome class notice is not be required at pre-certification stage when individual plaintiff settles his or her claims and absent class members will not experience prejudice as a result of settlement).

Dated: February 12th, 2004

Respectfully submitted,

Mike Miller (ND #03419)
Stacey E. Tjon (MN #0266322)
SOLBERT STEWART MILLER
1129 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107-1897
Phone: (701)237-3166
Fax: (701)237-4627
*Attorneys for Plaintiff*

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

E-SERVED
02/26/04
10:39 AM ET
Baycol MDL 1431

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation and Bayer AG*