**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: **BAYCOL PRODUCTS LITIGATION**

**MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**

***Vernon Huff,***
***on behalf of himself and all others similarly situated,***

***Plaintiff,***

**MDL No. 02-0196**

***v.***

***Bayer Corporation,***

***Defendant.***

**ORDER GRANTING PLAINTIFF AND DEFENDANT'S MOTION FOR DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having come before the Court on the parties' Motion for Dismissal Without Prejudice; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed without prejudice, and without any requirement that the parties provide notice to absent putative class members. The parties shall each bear their own costs.

DATED: MAR 4 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

MAR 0 4 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS